

NUMBERS   13-13-00298-CR
13-13-00299-CR
13-13-00300-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JEROME JOHNSON,**                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                              **Appellee.**

---

**On appeal from the 214th District Court
of Nueces County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Benavides, Perkes, and Longoria
Memorandum Opinion Per Curiam**

Appellant, Jerome Johnson, by and through his attorney, has filed motions to withdraw his appeals.  *See* TEX. R. APP. P. 42.2(a).  Without passing on the merits of the cases, we grant the motions to withdraw the appeals and pursuant to Texas Rule of

Appellate Procedure 42.2(a), dismiss the appeals. Having dismissed the appeals at appellant's request, no motions for rehearing will be entertained, and our mandates will issue forthwith.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
16th day of January, 2014.